IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| KELLY CODER, *Plaintiff*, | § § § | |
| v. | § § | Case No. 4:14-cv-7 |
| MEDICUS LABORATORIES, LLC, *Defendant*. | § § § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF THE UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the United States Magistrate Judge pursuant to 28 U.S.C. § 636. On July 2, 2014, the report of the Magistrate Judge (Dkt. 16) was entered containing proposed findings of fact and a recommendation that Defendant's Motion to Dismiss (Dkt. 4) be **GRANTED**.

No objections to the report were filed. The court hereby adopts the findings and conclusions of the Magistrate Judge as the findings and conclusions of this court.

Therefore, Defendant's Motion to Dismiss (Dkt. 4) is **GRANTED** and Plaintiff's claims are **DISMISSED WITH PREJUDICE**.

IT IS SO ORDERED.

**SIGNED this the 29th day of September, 2014.**

_____
RICHARD A. SCHELL
UNITED STATES DISTRICT JUDGE